IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–01820–EWN–BNB

SERVICE MASTER RESIDENTIAL/COMMERCIAL SERVICES,
L.P.,

    Plaintiff,

v.

ORAZIO C. TIRELLA,
MARGARET M. TIRELLA,
STACY M. TIRELLA, and
GLOBAL MANAGEMENT SERVICES, INC.,

    Defendants.

---

**AMENDED GENERAL CASE MANAGEMENT ORDER
AND ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    Pursuant to the authority conveyed by 28 U.S.C. § 636(b)(1)(A) and by rules 16, 72(a), and 83 of the Federal Rules of Civil Procedure, it is

    ***ORDERED*** as follows:

1. United States Magistrate Judge Boyd N. Boland is designated to conduct the following proceedings in this civil action:

- Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2;

- Conduct status conferences and issue orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause;

- Convene such settlement conferences and direct such related procedures as may facilitate resolution of this case;

- Hear and determine any pretrial matter, including discovery matters and non-dispositive motions (*i.e.*, motions other than those excepted by 28 U.S.C. § 636[b][1][A]);

- Conduct a preliminary pretrial conference and enter a preliminary pretrial order.

2. A copy of this order *and any attachments* shall forthwith be served on all parties. The party filing or removing the case is responsible for serving this GENERAL CASE MANAGEMENT ORDER AND ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE. The recipient should promptly deliver to legal counsel copies of all documents served.

3. Unless otherwise ordered by me or the assigned magistrate judge, counsel and pro se litigants will follow all instructions contained in my Practice Standards — Civil. Copies are available from the Office of the Clerk, United States District Court for the District of Colorado. **Particular attention is called to the section styled "SPECIAL INSTRUCTIONS CONCERNING MOTIONS FOR SUMMARY JUDGMENT."**

4. All counsel and pro se litigants should also be familiar with the United States District Court for the District of Colorado Local Rules of Practice. Copies are available from the

Office of the Clerk, United States District Court for the District of Colorado. Copies of the local rules, as well as copies of these procedures, are also available for viewing and downloading at the court's web site: [www.cod.uscourts.gov](www.cod.uscourts.gov).

Dated: September 22, 2008