IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 08–cv–01820–EWN–BNB

SERVICE MASTER RESIDENTIAL/COMMERCIAL SERVICES, L.P.,

    Plaintiff,

v.

ORAZIO C. TIRELLA,
MARGARET M. TIRELLA,
STACY M. TIRELLA, and
GLOBAL MANAGEMENT SERVICES, INC.,

    Defendants.

---

### ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **January 12, 2009**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, it is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 2:15 o'clock p. m. on December 18, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 25th day of September, 2008.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge