IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01820-EWN-BNB

SERVICE MASTER RESIDENTIAL/COMMERCIAL SERVICES, L.P.,

Plaintiff,

v.

ORAZIO C. TIRELLA,
MARGARET M. TIRELLA,
STACY M. TIRELLA, and
GLOBAL MANAGEMENT SERVICES, INC.,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Stipulated Motion to Vacate Deadlines and Status Hearing** (the "Motion") [docket no. 26, filed December 23, 2008], it has come to the attention of the Court that this matter has been resolved.

IT IS ORDERED that the Motion is GRANTED, and the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **November 24, 2008**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that the Status Conference set for October 29, 208, is **VACATED**.


DATED: October 24, 2008